**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| TATIANA MANUEL,<br>  Plaintiff, | )<br>)<br>) | |
| v. | )<br>)<br>) | No. 18 C 991<br><br>Magistrate Judge Gabriel A. Fuentes |
| HOMEWOOD DISPOSAL SERVICE, INC.,<br>  Defendant. | )<br>)<br>) | |

**FINAL VOIR DIRE QUESTIONS**

*General Voir Dire Questions (asked of the potential jurors as a group):*

1. Is there anyone who because of medical or other important reasons cannot be available for the duration of the trial, which is expected to last between one and two weeks?

2. Is there anyone who suffers from any condition or situation that would make it difficult to give the parties your full attention and fair consideration if you were selected as a juror?

3. Is there anyone who has difficulty reading, writing or understanding the English language, so that it would impair your ability to understand what you hear in court or to read the documents that may be used as exhibits?

4. Is there anyone here who is related to, or knows, or has had dealings with any of the following people who include the lawyers, parties and witnesses in the case, and I will now read a list of all such persons:

 Melvin L. Brooks
 Mark Parts
 Faith H. Spencer
 Michael Laux
 James H. Whalen
 Tatiana Manuel
 Denise Manuel
 Daniel Longtin
 Jane Dolezal
 Melvin Williams
 Kyle Yonker
 Scott DeYoung
 Dr. Wesley Choy
 Dr. Nenad Brkic

    Brett Fulka
    Dr. Paul Rowland
    Catherine Karnuth
    Dr. Shaun Kondamuri
    Illinois State Trooper David Verkler
    Christine Okelman
    Dr. Alan Harvey
    Lerad Dawson
    Robert Goetsch
    Roger Casillas
    Pastor Gerald Manuel
    Yolanda Manuel
    Kelly Keese
    Courtney Celian
    Jeffrey Offerman
    Laura Wodarski
    Laura Lenhart
    Lori Bravi
    Barbara Nemec
    Dr. Sarah Zayyad
    Kathy Lombardi
    Illinois State Trooper Kurt Quick
    Illinois State Trooper Kenneth Phillips
    Illinois State Trooper Stacie Haas
    Dr. David Harris
    Dr. James Young
    Barbara King
    Christina Kelly
    Kevin Johnson
    Thomas N. Rush
    Manuel Meza-Arroyo
    Robert Baade
    Dr. Marc Duerden
    Dr. Douglas P. Gibson

5. I will now read you a brief description of the case:

This case involves a collision between a garbage truck driven by Daniel Longtin, an employee of Defendant Homewood Disposal Service, and a car driven by Plaintiff Tatiana Manuel. The Defendant in this case is Homewood Disposal Service, which is represented by James Whalen of Lipe, Lyons, Murphy, Nahrstadt & Pontikis, Ltd. The Plaintiff, Tatiana Manuel, is represented by Melvin L. Brooks of The Cochran Firm, Mark Parts and Faith Spencer of Parts & Spencer, Ltd. and Mike Laux of The Laux Law Group. The collision occurred on Route 1/17 in Momence Township in Illinois on February 13, 2017, and caused plaintiff to suffer severe injuries. Plaintiff claims that Daniel Longtin, the driver of the Homewood Disposal Service garbage truck, caused the collision and her injuries, and defendant claims that Ms. Manuel caused the collision and that it is not responsible for her injuries. In addition, Defendant Homewood Disposal Service has a counterclaim against Ms. Manuel. The defendant

claims that Ms. Manuel is responsible for property damage to the garbage truck, and Ms. Manuel claims that she is not responsible for property damage to the garbage truck.

Other than what you just heard in the brief description of the case, does anyone know or has anyone heard anything about this case?

6. Is there anyone who has philosophical, religious or other beliefs that would prevent you from sitting and passing judgment on another person, or from returning a verdict in this case?

7. Is there anyone who believes there is something about the kind of case that I described to you that would prevent you from being fair and impartial to all parties in this case?

8. Is there anyone who believes that he or she would be unable to follow the law as I explain it to you, apply that law to the facts that you find in this case, and render the verdict required by the law as I explain it to you?

9. Do you believe in the right to trial by jury in injury cases such as this one?

*Individual Voir Dire Questions (asked of each juror individually/in small groups):*

1. Full name and age.

2. City of residence (and if Chicago, the area of Chicago).

3. Any legal training or experience.

4. Present occupation and any other employment going back 10 years, including name of employer(s), nature of work and title of position(s), and length of time with each employer.

5. Present occupation (and prior jobs going back 10 years) for spouse and other adults in the household, as well as for any adult children not living in the household.

6. Have you or anyone close to you ever driven professionally or as part of your job? It can include Uber, Lyft, bus driver, truck driver, delivery driver, or any professional driving job.

7. Major outside interests and hobbies.

8. Where do you get your news, as in specifically what program, newspaper, magazine, or website, and if from social media, specifically what social media source.

9. Name your top three favorite programs on television or on any streaming, web, or subscription service; or, if you do not watch television, the three most recent books you read.

10. Military service, if any (including branch, years of service, highest rank achieved, and duties).

11. Prior jury service (federal and state civil and criminal cases, as well as grand jury); if so, did you reach a verdict or return an indictment?

12. Prior involvement as a party in any legal proceeding (personally as well as in connection with any employment).

13. Prior involvement of relatives or close friends in any legal proceedings.

14. Prior experience as a witness (in court hearing or deposition).

15. Do you have any familiarity with the training that is provided to people who hold a commercial driving license (CDL)? If so, what do you know about that?

16. Do you believe that the corporate defendant in this case is entitled to the same fair and unbiased treatment as the individual parties in this case?

DATED: November 6, 2023

**HON. GABRIEL A. FUENTES**
**United States Magistrate Judge**