## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Tatiana Manuel

                                Plaintiff,

v.                                             Case No.: 1:18−cv−00991
                                                          Honorable Gabriel A. Fuentes

Homewood Disposal Service, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on defendant's motion to quash (doc. #[258]) plaintiff's Rule 45 subpoena served on defense counsel on 11/6/23 calling for production of documents on 11/7/23. For the reasons stated in open court, see Fed. R. Civ. P. 45(d)(2)(B) and 45(d)(3)(A)(i), the motion is granted within the Court's broad discretion to manage discovery and to promote the just, speedy, and inexpensive determination of the matter. Jones v. City of Elkhart, Ind., 737 F.3d 1107, 1115 (7th Cir. 2013); Fed. R. Civ. P. 1. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.